An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

IN THE SUPREME COURT OF THE STATE OF NEVADA

RIVERWALK TOWER UNIT-OWNERS' ASSOCIATION, A NEVADA NON-PROFIT CORPORATION, FOR ITSELF AND FOR ALL OTHERS SIMILARLY SITUATED,

     Appellant/Cross-Respondent,

vs.

RIVERWALK DEVELOPMENT, LLC, A NEVADA LIMITED LIABILITY COMPANY;

     Respondent/Cross-Appellant,

and

DION GEORGE, AN INDIVIDUAL; CHAIM FREEMAN, AN INDIVIDUAL; AND SHEVACH, INC., A CALIFORNIA CORPORATION,

     Respondents.

No. 62348

**FILED**

JUL 22 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
     DEPUTY CLERK

RIVERWALK TOWER UNIT-OWNERS ASSOCIATION, A NEVADA NON-PROFIT CORPORATION, FOR ITSELF AND FOR ALL OTHERS SIMILARLY SITUATED,

     Appellant,

vs.

SHEVACH, INC., A CALIFORNIA CORPORATION; DION GEORGE, AN INDIVIDUAL; AND CHAIM FREEMAN, AN INDIVIDUAL,

     Respondents.

No. 65266

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-22215

## ORDER DISMISSING APPEALS AND CROSS-APPEAL

Pursuant to the stipulation of the parties, and cause appearing, these appeals and cross-appeal are dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:    Hon. Michael Montero, District Judge
Maddox, Segerblom & Canepa, LLP
Nancy Helene Jasculca
Lemons, Grundy & Eisenberg
Castronova Law Offices, P.C.
Washoe District Court Clerk